UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK TOWNE MALL ASSOCIATES, | **04cv11723DPW** |
| Appellant, | Civ. No. |
| vs. | |
| THE GROUND ROUND, INC., | |
| Appellee-Debtor. | |
| In re: | |
| | Chapter 11 |
| THE GROUND ROUND, INC., et al., | Case No. 04-11235 (WCH) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF THOMAS K. BRADLEY

STATE OF MARYLAND   )
                    ) ss.:
COUNTY OF FREDERICK )

THOMAS K. BRADLEY, being duly sworn, deposes and says:

1.  I am (a) General Property Manager for Frederick Towne Mall Associates ("Frederick Towne"), and (b) personally familiar with the facts stated herein. This affidavit is submitted in connection with the emergency motion (the "Motion") of Frederick Towne Mall Associates ("Frederick Towne") for a stay of the relief granted by the United States Bankruptcy

Court for the District of Massachusetts, Eastern Division (Hillman, J.), which authorized one the of the above-captioned debtors (collectively, the "Debtors"), The Ground Round, Inc. ("TGR"), to assume and assign a certain non-residential real property lease (the "Frederick Lease" or the "Lease") between TGR, as tenant, and Frederick Towne, as landlord to Frederick Pubs LLC ("Frederick Pubs").

2. The Ground Round Restaurant is located at the front side of the mall, by one of the two main entrances to the mall and the most highly trafficked. The closure of the restaurant has created a tarnished image for the mall. It is as a matter of speaking at the front door of the mall, and very visible and large presence. The Ground Round was also the only full service sit down restaurant in the mall. Frederick Towne has lost numerous customers and goodwill in the community as a result of the closure of the Ground Round restaurant. Shoppers who are seeking a full service sit down restaurant no longer shop in the mall, but rather shop in competitor shopping centers.

3. Absent a stay, Frederick Towne will lose goodwill with its valuable patrons at the Frederick Towne mall, its other tenants in the mall and goodwill in the community. I understand that the Bankruptcy Court's Order authorizes further closure of the premises for an additional 90 days.

[Space Intentionally Blank]

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that a copy of the foregoing (i) Emergency Motion of Frederick Towne Mall Associates for Stay Pending Appeal, (ii) Memorandum of Law in Support of Emergency Motion of Frederick Towne Mall Associates for Stay Pending Appeal, (iii) Affidavit of Thomas K. Bradley and (iv) Affidavit of Lisa M. Solomon in Support of Emergency Motion of Frederick Towne Mall Associates for Stay Pending Appeal has been served **BY HAND** upon the following at the indicated addresses:

Harold B. Murphy
Counsel to Debtors
Hanify & King
One Beacon Street
Boston, MA 02108

Richard C. Pedone
Counsel to Independent Owner's Cooperative LLC
Counsel to Frederick Pubs LLC
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110.

Dated: August 5, 2004

Kathleen A. Rahbany, Esq.