UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREDERICK TOWNE MALL ASSOCIATES, <br> Appellant, <br><br> Vs. <br><br> THE GROUND ROUND, INC. <br> Appellee-Debtor. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civ. No. |
| In re: <br><br> THE GROUND ROUND, INC., et al. <br><br> Debtors. | : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case No. 04-11235-WCH <br><br> Joint Administration |

### AFFIDAVIT OF MICHAEL J. METZ

I, Michael J. Metz, hereby depose and state as follows:

1.  I am the Manager of Frederick Pubs LLC the proposed assignee of the Frederick Lease. In addition I am a member of the Board of Directors of the Independent Owners Cooperative LLC, President of Beth Pubs Inc., the Manager of Mall Pubs LLC and President of Hospitality Pubs Management, Inc.

2.  While Frederick Pubs LLC will be the tenant under the Frederick Lease once it is assigned, the foregoing entities, myself individually, and my partner John Bevevino will each be guarantors of the obligations of Frederick Pubs LLC on the Frederick Lease.

BOS1406485.1

3. In his affidavit, Thomas K. Bradley implies, in paragraph 3 that, absent a stay, the Frederick Premises will be closed for an additional ninety (90) days. In fact, the issuance of a stay will result in the premises remaining closed for longer than 90 days while the appeal process is carried out.

4. In contrast, if no stay issues, Frederick Pubs will be able to open the newly remodeled and refreshed restaurant in approximately five weeks after the Landlord approves the remodel plan which we have already sought approval for.

5. Our prompt reopening of the Frederick Premises as a Ground Round will eliminate the alleged loss of goodwill or patrons to the Mall and attract patrons to the Mall that Bradley complained of. In contrast, if a stay is granted, the Landlord will continue to lose goodwill and patrons for an indefinite period during the pendancy of the appeal.

6. I met with Mr. Bradley on June 9, 2004. Mr. Bradley told me that Frederick Towne's plan for the Mall included the demolition of a portion of the Mall, including the space that is subject to the Frederick Lease so that additional "Big Box" stores could be brought in.

7. Frederick Pubs may incur substantial financial harm in the event that a stay is issued since it may be forced to pay the rent while the appeal is pending and the restaurant is closed.

Signed under the pains and penalties of perjury this 5th day of August, 2004.

_____
Michael J. Metz

BOS1406485.1