# EXHIBIT B

BOS1255667.1



## Business Plan

## Independent Owners Cooperative, LLC

| Table of Contents | Page |
|---|---|
| Introduction & Overview | 2 |
| Membership & Ownership Benefits | 4 |
| Ground Round IOC Operating Structure | 6 |
| Board of Managers & IOC Staff | 7 |
| Balance Sheet June 30, 2004 | 14 |
| Balance Sheet Post Closing | 15 |
| Income Statement Proforma Year One | 16 |
| Statement of Cash Flow Proforma Year One | 17 |
| Sales and Royalties by Location | 18 |
| Summary & Conclusions | 20 |

Updated July 8, 2004

## Introduction & Overview

The Ground Round Independent Owners operate more than 70 Ground Round locations in 19 states. They are a diverse group with vast experience to draw from. Some owners have several years of active involvement and successful operations, and others have recently joined the group, with experience to offer of their own, and an eye on growth and expansion.

On February 13, 2004, Ground Round abruptly closed their 59 company restaurants and corporate offices. As was the case for Ground Round guests and company employees, the independent franchise owners had no advance warning of the shutdown and only received minimal communication from company officials. Reading from a statement and on a conference call with only the franchise advisory council, Ground Round officials stated that they had, "Ceased Operations," taking no questions or elaborating further. The council then notified all other Ground Round Independent Owners by email and by phone tree, to be sure all were notified of the news.

While combating the bad press and damage to the name from these actions by company officials, the franchise council members stepped up in a necessary leadership role and the franchise community rallied around them. Every operator across the chain began to work and communicate aggressively within their communities, answering questions from the press, employees and guests as to their intentions and commitment to stay open and move forward with their business. They also dealt with much confusion and thousands of phone calls from guests trying to figure out which restaurants are franchised and staying open, and which are company restaurants and closing. Even months later, dozens of former company restaurants remain closed, with no effort whatsoever from company officials to de-identify these properties or ease the damage and confusion caused by their closings.

It has been a rough ride to say the least for this franchise community, but they have stayed together as a group and remain a force to be reckoned with. They've had no choice but to step up and lead on their own, and they're committed to do "whatever it takes" to save their future and protect their rights to the Ground Round trademarks, brand and franchise rights.

In just 4 short months, the franchise council, with support from their Independent Owners, have controlled the supply line of product, developed and organized two major marketing promotions, held three general meetings for Independent Owners, and provided several conference calls and constant email communications. They've also led all owners in their legal direction, closely following the bankruptcy process under the direction and leadership of one legal firm, Nixon Peabody, who represents the Owners Council and the majority of Ground Round Independent Owners. Lastly, they have worked diligently as a

group to be in position to move forward, negotiate and buy their own franchise rights and trademarks, and form a new company structure to operate from, if successful in the acquisition.

The Ground Round Independent Owners are aligned and experienced, and should be viewed as the rightful and natural buyer of these franchise rights and trademarks. They have survived a turbulent history of mismanagement and failed direction, none greater than the events they overcame which occurred on February 13, 2004. These Independent Owners have always led, not followed these leadership regimes, consistently outperforming them in quality of operations, commitment to re-investment of capital, advertising the brand, and in per-unit sales and customer service. They are still here, experienced, resilient, and poised to lead their own direction and future.

We are the natural buyers and owners of this chain. We have survived a great deal and learned from each of these periods. The most recent period of abandonment has given us greater focus and encouraged our group further that we know as well as anyone where to lead this group and what our focus should be. We've earned the opportunity to lead ourselves in the same way we've always led our own restaurants, to protect our investment, always be top-line focused, and support our employees to provide consistent, reliable quality, service and value to our guests.

The enclosed business plan defines a direction for our group of Ground Round Independent Owners, with a structure that offers not only membership, but ownership, with voting rights in the company, and input in it's leadership and direction. This plan offers economic relief and a solid organization, led by its members, to move forward successfully and grow again.

## Membership & Ownership Benefits

**Investing Member Restaurants (58):**

The IOC has 58 restaurants that have invested in the IOC and group moving forward. Each member restaurant will sign an amendment to their franchise agreement, which modifies their royalty and advertising fees, with springback clauses and severe penalty for non-payment. They have also paid an entry fee and investment in the group of $40 thousand per member restaurant. This investment per restaurant of $40 thousand will not only serve as an entry fee to our membership, but it will raise the necessary cash to meet the cash requirement from Banknorth for the group's financing of this transaction. The owners of these member restaurants have also signed a term sheet, and releases of their cure claims and other claims as part of this settlement. The resulting benefits of the 58 restaurants that have made these commitments are as follows:

1) Forgiveness of all past due Accounts Receivable with The Ground Round, Inc. and assurance of no royalties or other fees will be due from the bankruptcy period, defined as February 13 – June 15, 2004.

2) An ownership share in the group, equal to and matching the same ownership share of all restaurants joining the group.

3) Voting Rights of one vote for each restaurant owned.

4) Each invested restaurant would pay the prevailing membership monthly fee, which will only be offered to those restaurants who have made these commitments and investment of $40,000 per restaurant. This monthly fee (royalty) will be @ 2% of gross sales, due on the 10th day following each month. This fee would remain the same and can only be changed by recommendation of the board of managers and by majority vote of the membership. This preferred monthly fee, combined with the forgiveness of past due A/R, offers economic relief for all investing member restaurants, which will improve their financial stability going forward.

5) As a growth Incentive, Initial members will also have a limited time incentive (12 months) to commit to bring additional restaurants into the group, with the opportunity to pay the same entry fee of $40 thousand and the same prevailing monthly fee of 2%. These restaurants would also enjoy voting and ownership rights in the group. The restaurant owners would be required to meet the Ground Round 2000 design standards and specifications prior to opening the restaurant.

6) Each of these member restaurants would be signing on to an initial term of five years, with annual renewals, and they would be providing "business" guarantees as security to the Banknorth loan.

4

## Participating Restaurants (7):

1) Any Ground Round owners with restaurants that do not elect to join and invest in the membership and meet it's investment requirements will have the right to continue with their Ground Round operations.  However, as owner of the franchise rights and trademarks, The Ground Round IOC would require that these restaurants will be bound by all the fees, standards, terms and conditions of their current Ground Round franchise agreements.  These agreements, standards and fees will remain in full force.  In other words, these 7 locations will continue, but without any voting or ownership rights, and their fees would be those in their existing franchise agreements, and not the fees offered to investing member restaurants.

2) Participating restaurants have also agreed to the term sheet and settlement, and signed all releases to their claims as well.  And they also receive the forgiveness of past due A/R with The Ground Round, Inc. and assurance of no A/R for the bankruptcy period.

3) Some of these participating members have offered cash and other considerations to the IOC for the rights to sell their restaurants at a later date.  A portion of this offer is in the form of a note, with interest, and paid through a higher royalty fee to expire the debt.

4) Participating restaurants are not providing any guarantees to Banknorth and the group's financing.

5) A further condition to any restaurant joining the Ground Round IOC, either as a member or participating restaurant, is that all past due council fees and group legal billings are fully paid and current for their restaurants.

## New Restaurants (7):

As part of the bankruptcy proceedings, an auction was held on April 12, 2004, to sell many of the former company restaurants that had closed.   Two current franchisees purchased six of these locations with the intent to re-open these restaurants in our IOC group.  One additional location was purchased by an existing franchisee directly from the landlord.  These owners will be required to fully renovate these 7 restaurants to the standards of the Ground Round 2000 design and specifications, re-open them within 12 months, pay the same investment fee ($40,000 per restaurant), and meet their landlord and lease obligations.   These restaurants will pay the preferred monthly fee and enjoy the same voting and ownership rights as investing member restaurants.  A listing of these new locations is provided on page 16 of this business plan.

## Ground Round IOC Operating Structure

1) The initial term for each member restaurant agreement will be for 5 years, with automatic annual renewals, unless either the member or IOC provides a 90 day written notice prior to the expiration of the then existing term.

2) Ground Round IOC can terminate a member for default at any time, with proper notice, if one or more of the following defaults are occurring:
   - Member is not current with dues.
   - Member has not met their remodeling requirements.
   - Member is not meeting standards and maintaining quality, as measured by the QAR inspection program.

3) Initial membership dues would be 2% of gross sales, unless other agreed upon terms or conditions have been agreed to or apply. These dues may be modified annually, if necessary, and by majority vote of the membership.

4) Monthly fees for new members joining the group in future years will be 3% of gross sales plus a $40 thousand entry fee for each restaurant. Ownership and voting rights will not be offered to these new and future restaurants, to preserve these rights and value for the founding members of the IOC.

5) All members and participating restaurants will be required to spend 1.5% of gross sales on marketing and advertising. These expenses will be spent locally, and will be verified and audited annually, as part of the QAR inspection program.

6) All member and participating restaurants not yet renovated to the GR 2000 design standards and specifications must complete this work and image upgrade within 24 months of the first 5- year term.

7) Each member restaurant will receive a minimum of 2 visits per year from Ground Round IOC staff, with one of those visits to include a full annual QAR inspection.

8) The Board of Managers, IOC staff, and Primary Vendors would host and join all Owners at an Annual Membership meeting each year.

## Board of Managers & IOC Staff

1) A 7-member Board of Managers, elected by its members, will lead the Ground Round IOC and serve a 3-year term, with an option to be re-elected for one additional term. At an Owners meeting on June 10, 2004, the members of the Independent Owners Council were nominated and elected to serve the initial 3-year term as the Board of Managers. The membership also voted and approved Michael Ludwig, former Chair of the Owners Council, and owner of the Hadley, MA Ground Round, to serve as Chairman and Secretary of the Board.

2) The Board of Managers, and former Owners Council members, presently are Mike Ludwig, Mike Metz, Bob Smith, Jack Crawford, John Scharnweber, Brian Simowitz and Dave Winbigler. This team of leaders have great depth and experience and have served their group well though uncharted waters, difficult challenges, and all on a volunteer basis and in addition to meeting their own challenges and supporting their own organizations and restaurants. These seven members of the council have gained experience from having to step-up and lead though this difficult transition and their election to serve as the initial Board of Managers will ensure a strong beginning of leadership and direction.

3) Board members would meet 4 times a year, and would be compensated $1,000 per meeting, plus travel expenses.

4) Each Board member would also serve on one or more committees, such as Marketing, Menu Development, and Finance. These committees may meet as part of the Board meeting agenda, or on their own, as needed.

5) At the June 10th Owners meeting, a motion was made, voted on and approved by the membership to add 2 board positions and expand the Board to 9 members. This approved motion further directed the Board of Managers to determine the appropriate guidelines, criteria and appropriate timeframe to nominate and elect these new Board members.

6) To further strengthen the leadership of this new entity, the membership also voted on June 10th and approved Jack Crawford to serve as President & CEO, and Gary Serino to serve as Treasurer and CFO of the new IOC. They will lead an office staff from their offices in Maine, which will serve as the new corporate address for the Ground Round IOC. As employees of the IOC, Jack and Gary will each be paid $3,000 per month for their services. This payment arrangement will secure the stability of two seasoned professionals, at efficient costs to the membership, to lead this company start-up and operation. As Chairman of the Board of Managers, Mike Ludwig will also receive a monthly salary, to be determined by the Board.

## Board of Managers & IOC Staff (continued):

7) Jack Crawford and Gary Serino will lead and manage the day to day operations and support for the membership, and work closely with the Chairman, the Board and Legal Counsel.

8) The IOC staff would consist of a President & CEO, Treasurer & CFO, Menu/Procurement Director, 2 Franchise Business Consultants (FBC'S), and 2 Business Manager/Accountants.   Marketing support and legal support will be outsourced, and directed by the CEO and Board of Managers.  The CEO would also be responsible for new restaurant growth and development.

9) It is intended that the 2 FBC's be based in the field, within close proximity to their assigned locations and with offices from their homes, and not at the Freeport, ME offices,

10) The Board and the IOC will follow closely and be guided in their leadership by the terms, guidelines and requirements of the LLC Operating Agreement. This operating agreement has been signed and approved by all the members, and will act as the constitution for the group.  In making key decisions or acts on behalf of the group, this agreement specifically defines the roles, authority, and decision making ability of the Board, The IOC staff and the membership.

**NOTE:**       Complete Resumes and background information on Jack Crawford & Gary Serino are provided on the following pages.

### JOHN G. (Jack) CRAWFORD
85 Village Brook Road
Yarmouth, Maine 04096

**WORK EXPERIENCE:**

**November 1990
- To Present**

**President and CEO, Maine Course Hospitality Group, Yarmouth, Maine.**
Responsible for the overall management of three Ground Round Franchised Restaurants, three Independent Restaurants, and four full-service hotels. Total Company sales are 20 million dollars with a per unit restaurant volume of 2.3 million dollars. Duties include direct supervision of 40 office and field management personnel and over 500 hourly employees. Other responsibilities include business planning and profit and loss accountability, management of all menu and marketing activities, quality assurance, all areas of human resources, and opening responsibilities for all new locations.

**June 1987
- November 1990**

**Director of Franchising, The Ground Round, Inc., Braintree, Massachusetts.** Responsible for the management of all functions of the Franchise Division to include all franchise sales activities, supervision of two Franchise District Managers, one Sales Coordinator and forty-six franchised locations, achieving division sales of 75 million dollars. Other duties included advertising, qualifying and approving all new franchise candidates, site and market evaluations, negotiations of contracts and construction and design approval for all new locations.

**May 1985
- June 1987**

**Franchise Business Consultant, The Ground Round, Inc.**
Responsible for providing operational assistance and supervision of thirty-two franchise locations. Duties included regular visits, construction and design assistance, monitoring franchise compliance to corporate standards, coordinating management training seminars, conducting quality assurance inspections, organizing the training and start-up needs of all new franchise locations, and communicating new programs, marketing and menu direction.

**June 1982
- May 1985**

**General Manager, The Ground Round, Inc.**
Duties include the complete supervision, training and development of three Assistant Managers and sixty employees, ordering, scheduling, receiving, guest relations, marketing and profit and loss accountability.

**June 1981
- June 1982**

**Assistant Manager, The Ground Round, Inc.**

**EDUCATION:**

Master of Science, Business Management, January 1988.
Lesley College, Cambridge, Massachusetts.

Bachelor of Science, Business Administration, May 1981.
Salem State College, Salem, Massachusetts.

## JOHN G. (Jack) CRAWFORD

**AWARDS:**

**Restaurant Neighbor Award, Maine State Finalist,** presented by the National Restaurant Association – 2002.

**Caregiver of the Year Award,** presented by the Caregivers Association, Manchester, NH, Nashua Ground Round Restaurant – 2002.

**Gold Hospitality Award,** presented by Choice Hotels – 2001 - 2004

**Dedicated Industry Service Award,** presented by the National Restaurant Association – 1999 & 2000

**State of Maine Tourism Award for Food Service,** presented by the Maine Office of Tourism – 2000

**Margaret Chase Smith Maine State Quality Award**
Maine Course Hospitality Group (company-wide) – 1998

**The Ground Round Franchise Restaurant of the Year Award:**
Auburn, Maine - 1999, Bangor, Maine - 1996,
South Portland, Maine – 1994, Auburn, Maine – 1992

**Eagle Feather Award,** presented by Maine Business for Social Responsibility, Freeport Inn & Café – 1995

**Great Menu Contest,** presented by the National Restaurant Association, Muddy Rudder Restaurant – 1993

**Outstanding Service Award,** presented by The Ground Round 1990

**Young Achievers Award,** presented by Hanson Industries (Ground Round Parent Company) – 1988

**OTHER INTERESTS:**

**2003 to present**  Director & Member of the Board of Directors, National Restaurant Association, Washington DC.

**2001 to Present**  Member, Big Brothers / Big Sisters of Greater Portland, Fundraising Committee.

**1999 to Present**  Member, New Hampshire Lodging and Restaurant Association, Concord, New Hampshire.

**1999 to 2001**  Member, Restaurant Associations of New England (R.A.N.E)

**1993 to Present**  Member, The Ground Round National Franchise Advisory Council.
*President – 1994 - 2001*

**1992 to Present**  Member of the Board of Directors, Maine Restaurant Association, Augusta, Maine.
*President - 1998 to 2000*
*State NRA Director – 2003 to present*

**1992 to Present**  Member, Partners In Education, Yarmouth Public School System, Yarmouth, Maine.
*Co-Chairperson - 1995 to 1997*

**1989 to 1990**  Member of the Board of Directors, Massachusetts Restaurant Association, Westborough, Massachusetts.
*Executive Committee – 1989 to 1990*

Golf, travel, avid sports fan, Married (Kathy – 22 yrs.) and two children (Mike – 19 yrs. & Andy – 17 yrs.).

# GARY E. SERINO, CPA
62 SANDY POINT ROAD
YARMOUTH, MAINE
OFFICE: (207) 865 – 6105 – HOME: (207) 846-1164

## SUMMARY

Senior financial executive with 25 years of broad based experience in accounting/financial management and systems. Skills include Financial Reporting, Treasury/Cash Management, Banking Negotiation, Tax Planning/Audit Negotiation, Budgeting and Forecasting, and Strategic/Capital Planning.

## PROFESSIONAL EXPERIENCE

**Maine Course Hospitality Group, Freeport, ME**                          **1994 –Present**

*Hospitality group operating four hotels and six restaurants in Maine and New Hampshire with sales of $20 million and 500 employees.*

*The hotels include:*
*Marriott Fairfield Inn and Suites, Brunswick, ME 2004*
*Econo Lodge, Augusta, ME 2003*
*Comfort Suites, Freeport, ME 1999*
*Best Western Freeport Inn, Freeport, ME 1992*

*The restaurants include:*
*Muddy Rudder, Brewer, ME 2003*
*Ground Round, Nashua, NH 1993*
*Muddy Rudder, Yarmouth, ME 1992*
*Freeport Café, Freeport, ME 1992*
*Ground Round, Auburn, ME 1991*
*Ground Round, Bangor, ME 1989*

*VICE PRESIDENT & CHIEF FINANCIAL OFFICER*
Established self-insured group health and workers` compensation programs which save tens of thousands in insurance premiums annually. Packaged all other insurance with a single underwriter to produce annual savings of $50,000.

Negotiated construction loans totaling $10,000,000 to build an 83 room Marriott Fairfield hotel, a 78 room Comfort Suites hotel, and a 420 seat upscale waterfront restaurant and banquet facility. Refinanced a $3,000,000 line of credit facility with relaxed covenants and pay down requirements.

Negotiated an equipment leasing arrangement to facilitate a company-wide roll-out of an integrated POS system and cash management system which allows the company full utilization of all available cash while eliminating paper reporting and three staff positions.

Designed and implemented a store management incentive program which shares bottom line results on a monthly basis with store management teams which in turn generates high levels of motivation among team members and store personnel.

**Ground Round Restaurants, Inc. Braintree, MA**                          **1984 - 1993**
*Restaurant chain operating 157 corporate and 44 franchise units in 21 states with system sales of $300 million and 10,000 employees.*

*RESTAURANT OPERATIONS TRAINEE*                          June 1993 - December 1993
Entered, trained and completed certification in each of twelve restaurant operating and management positions. Training took place in three different operating units with varying volumes and included the interviewing, hiring and staffing of a new location. Position provided opportunity to experience the restaurant business from the front lines.

## GARY E. SERINO, CPA

**VICE PRESIDENT & CORPORATE CONTROLLER**                              1991 - 1993
Managed 36 employees through 4 direct reports that included Director of Corporate Accounting, Director of Taxes, Director of Financial Reporting and Cash Management and Director of Payroll, Employee Benefits and Risk Management with a total operating budget of $1.5 million.

Raised $25 million as a key member of a task force that directed a successful public offering of 4.6 million shares of stock. Individually prepared significant parts of the prospectus, responded to questions raised by the underwriters, and assisted CFO during road show. Directed the company's financial reporting compliance including SEC quarterly/annual filings, reports to shareholders and covenant reporting to lending institutions following a September 1991 public offering.

**CORPORATE CONTROLLER & ASSISTANT TREASURER**                        1988 - 1990
Re-negotiated MC/VISA contract and upgraded POS system which resulted in improved efficiency and $500,000 in annual cost reductions.

Managed and complied with the demands put on the controllership function resulting from a change in ownership including: required reporting from 3 short years in 4 months, changing of accounting and tax years, revaluation of book and tax assets under APB 16 and IRC 338.

Directed the design and implementation of a 5-year strategic plan that projected growth and measured its effects on debt, equity, cash flow, and bank covenant compliance.

**DIRECTOR OF TAXES & FINANCIAL REPORTING**                           1986 - 1988
Coordinated the acquisition of a 20-unit restaurant chain valued at $21 million with CFO. Expanded the company's accounting systems to track the performance of the new units as they were converted.

Implemented accounting system and established policies, procedures, and controls for new corporate entity.

**MANAGER OF TAXES**                                                  1985 - 1986
Transformed the unit bonus program to reward field operation mangers for generation of targeted jobs tax credits. This bonus program resulted in tax savings via TJTC of $300,000 annually.

**SENIOR TAX ANALYST**                                               1984 - 1985
Prepared corporate tax return and researched various tax issues.

### Greenfield, Godes, Goldstein, Green and Berger, P.C. Newton, MA                1982 - 1984

**SENIOR STAFF ACCOUNTANT**
Planned, directed, and supervised audits, reviews and compilations of medium-sized companies.

### Peat, Marwick, Mitchell & Co. Boston, MA                                       1981 - 1982

**STAFF ACCOUNTANT**
Planned and executed audit engagements in various industries including manufacturing, savings and loan, and public utilities.

### United States Government, Dept. of the Treasury, Customs, Boston, MA           1980 – 1981

**REGULATORY AUDITOR**
Planned and executed on-site audits of importers and customhouse brokers.

12

## GARY E. SERINO, CPA

**Commonwealth of Massachusetts, Dept. of the State Auditor, Boston, MA**      **1979 - 1980**

*FIELD AUDITOR*
Planned and executed on-site audits of State Secretaries, Departments and Constitutional Offices of the Commonwealth.

Selected to participate in Federal GAO fraud audit of the Department of Public Welfare.

# EDUCATION

Master of Science, *High Honors*, Taxation, Bentley College, Graduate School, 1987

BSBA, *Magna Cum Laude*, Accounting, Suffolk University, 1979

Certificate, Computer Control & Audit, University of Massachusetts, 1980

Securities Fraud Enforcement, Internal Revenue Service, 1980

# AFFILIATIONS

Vice Chairman, Maine Merchants Association Workers' Compensation Trust
Board of Directors, 2004

Maine Merchants Association Workers' Compensation Trust
Board of Directors, 2000 –2004

American Institute of Certified Public Accountants, 1979 -2004

**Ground Round Independent Owners Cooperative**
**Balance Sheet**
June 30, 2004

| | |
|---|---:|
| Cash | $ 1,006,144 |
| **Accounts Receivable:** | |
| Franchisees | 183,700 |
| Idine Program | 178,000 |
| Deferred Capital Program | 243,550 |
| | |
| Deposit on Trademark Purchase | 1,000,000 |
| Closing Costs Payments on Trademark Purchase | 197,484 |
| | |
| **Total Assets** | $ 2,808,878 |
| | |
| Accounts Payable | $ 432,336 |
| | |
| Partners' Capital | 2,376,542 |
| | |
| **Total Liabilities & Partners' Capital** | $ 2,808,878 |

Ground Round Independent Owners Cooperative
Income Statement
Proforma Purchase Date

| | | |
|---|---|---:|
| Cash | $ | 236,000 |
| Accounts Receivable: | | |
| Deferred Capital Program | | 244,000 |
| Trademark | | 5,150,000 |
| Deferred Debt Costs | | 60,000 |
| Total Assets | $ | 5,690,000 |
| | | |
| Accounts Payable | $ | 400,000 |
| Note Payable Bank | | 2,910,000 |
| Partners' Capital | | 2,380,000 |
| Total Liabilities & Partners' Capital | $ | 5,690,000 |

**Ground Round Independent Owners Cooperative**
**Income Statement**
**Year One Proforma**

| | | |
|---|---|---:|
| Royalty Fee Income | $ | 2,395,000 |
| | | |
| Operating Expenses: | | |
| Administrative Overheads | | 606,000 |
| Amortization | | 343,000 |
| Interest Expense | | 141,000 |
| Legal Costs | | 500,000 |
| Marketing | | 125,000 |
| | | 1,715,000 |
| | | |
| Earnings Before Income Tax | $ | 680,000 |

16

**Ground Round Independent Owners Cooperative**
**Statement of Cash Flows**
**Year One Proforma**

| | | |
|---|---|---:|
| Earnings Before Income Tax | $ | 680,000 |
| | | |
| Adjustments: | | |
| Amortization | | 343,000 |
| Net Cash Provided By Operating Activities | | 1,023,000 |
| | | |
| Cash Flows From Financing Activities: | | |
| Scheduled principal payments on long-term debt | | 522,000 |
| Additional principal payments on long-term debt | | 125,000 |
| Net Cash Used In Financing Activities | | 647,000 |
| | | |
| Net Increase In Cash | $ | 376,000 |

## Sales & Royalties by Location

| LOCATION | STATE | SALES (000's) | Roy % | Royalty (000's) |
|---|---|---|---|---|
| Maumee | OH | 2,474 | 2.0% | 49 |
| Toledo | OH | 1,465 | 2.0% | 29 |
| Auburn | ME | 2,238 | 2.0% | 45 |
| Bangor | ME | 2,899 | 2.0% | 58 |
| Nashua | NH | 1,817 | 2.0% | 36 |
| Grand Forks | ND | 1,905 | 2.0% | 38 |
| Neenah | WI | 1,702 | 2.0% | 34 |
| Richmond | CA | 1,800 | 2.0% | 36 |
| Shrewsbury | MA | 1,577 | 3.5% | 55 |
| Grand Rapids | MN | 1,773 | 2.0% | 35 |
| Branford | CT | 1,304 | 3.0% | 39 |
| Bayshore | NY | 1,488 | 2.0% | 30 |
| Flushing | NY | 2,148 | 2.0% | 43 |
| Northport | NY | 1,421 | 2.0% | 28 |
| Port Jefferson | NY | 1,968 | 2.0% | 39 |
| Augusta | ME | 2,093 | 2.0% | 42 |
| Pittsfield | MA | 1,750 | 2.0% | 35 |
| Coraopolis/Moon Tw | PA | 1,585 | 2.5% | 40 |
| Greensburg | PA | 2,080 | 2.5% | 52 |
| Johnstown | PA | 1,456 | 2.5% | 36 |
| Mt. Lebanon | PA | 1,136 | 2.5% | 28 |
| Jackson | MI | 1,200 | 2.0% | 24 |
| Kalamazoo | MI | 1,200 | 2.0% | 24 |
| Dubuque | IA | 2,337 | 2.0% | 47 |
| Iowa City | IA | 1,200 | 2.0% | 24 |
| Waterloo | IA | 1,272 | 2.0% | 25 |
| Chelmsford | MA | 1,845 | 2.0% | 37 |
| Needham | MA | 1,408 | 2.0% | 28 |
| Duluth | MN | 1,665 | 2.0% | 33 |
| Hadley | MA | 1,643 | 2.0% | 33 |
| Livonia | MI | 1,200 | 2.0% | 24 |
| Levittown | NY | 1,180 | 2.0% | 24 |
| Allentown | PA | 1,655 | 2.0% | 33 |
| Bethlehem | PA | 2,481 | 2.0% | 50 |
| Wilkes Barre | PA | 2,565 | 2.0% | 51 |
| Pawtucket | RI | 1,549 | 2.0% | 31 |
| Manhattan | KS | 1,097 | 2.0% | 22 |
| Roslyn | NY | 1,440 | 2.0% | 29 |
| Commack | NY | 1,066 | 2.0% | 21 |
| Sayville | NY | 1,801 | 2.0% | 36 |
| Worthington | MN | 1,200 | 2.0% | 24 |
| Bismark | ND | 3,496 | 2.0% | 70 |
| Fargo | ND | 2,336 | 2.0% | 47 |
| Minot | ND | 2,252 | 2.0% | 45 |
| Sioux Falls | SD | 2,317 | 2.0% | 46 |
| St. Cloud | MN | 1,318 | 2.0% | 26 |
| Plattsburgh | NY | 2,704 | 2.0% | 54 |

| LOCATION | STATE | SALES (000's) | Roy % | Royalty (000's) |
|---|---|---|---|---|
| Burlington | VT | 1,691 | 2.0% | 34 |
| Bemidji | MN | 2,127 | 2.0% | 43 |
| Boardman | OH | 1,428 | 2.0% | 29 |
| Enfield | CT | 1,903 | 2.5% | 48 |
| Manchester | CT | 1,422 | 2.5% | 36 |
| Rocky Hill | CT | 1,408 | 2.5% | 35 |
| Springfield | MA | 1,176 | 2.5% | 29 |
| W. Springfield | MA | 1,709 | 2.5% | 43 |
| Norwell | MA | 1,494 | 2.0% | 30 |
| Taunton | MA | 1,731 | 2.0% | 35 |
| Annapolis | MD | 1,568 | 2.0% | 31 |
| Kingston | NY | 1,695 | 2.5% | 42 |
| Middletown | NY | 1,165 | 2.5% | 29 |
| Newburgh | NY | 2,105 | 2.5% | 53 |
| New Hartford | NY | 1,893 | 2.5% | 47 |
| Schenectady | NY | 1,046 | 2.5% | 26 |
| Cambridge | MA | 1,424 | 2.0% | 28 |
| Salem | MA | 1,984 | 2.0% | 40 |
| **Totals** | | **112,472** | | **2,395** |
| **Average Unit Sales** | | **1,730** | | |

**New Locations
Opening
in 2004**

| LOCATION | STATE |
|---|---|
| Frederick | MD |
| Hazelton | PA |
| St. Joseph | MO |
| Scranton | PA |
| Hagerstown | MD |
| Janesville | WI |
| Kent | OH |

## Summary & Conclusions

Our Ground Round IOC Business Plan offers all Ground Round Independent Owners the opportunity to join its own membership organization, which not only offers membership and support, but equal ownership for all member restaurants, with voting rights and direct input on the leadership and direction of the group.

The Ground Round Independent Owners have survived a great deal of turbulent times. They have come together to work very hard to be in the position they're in, and they deserve to have the opportunity and should be seen as the rightful and natural owners of their own franchise rights and trademarks.

This is a plan with purpose, structure, and solid leadership and direction. We know what we need to do and where our focus must lie. The strength of our plan comes from the depth and experience of our group, with a structure to tap that experience, and involve all our members in our company leadership and direction.

The group of 72 restaurants moving forward with the IOC has a per unit average volume of $1.73 million vs. a $1.45 million per unit average volume for the company restaurants that closed on February 13th. Also more than two-thirds of these restaurant have completed significant renovations to meet the new Ground Round 2000 design standards and specifications. The rest are required to complete this image upgrade within the next 24 months. Only 2 of the 59 company locations that closed had completed these renovations and image upgrades. These are just a few examples that demonstrate the commitment and potential of this group of Independent Owners.

Having no company locations to operate will significantly lower our group's overhead expenses, and the economic relief our plan offers will improve the financial ability of each of our operators. Our plan also offers growth incentives to its current members to encourage further expansion within the first 12 months. There are plans also place to upgrade our menu, products and presentation, and improve our quality and competitiveness, while striving for a more efficient and improved food cost margin, as well. Finally, as for proving out our ability to collect our royalty stream, the uniqueness of our deal and structure is such that not paying these royalties would be like not paying ourselves, as we are all partners in this entity.

Now comes the Ground Round Independent Owners, poised and ready to move forward together, and committed to do "whatever it takes" to succeed. If anyone has any doubt, just look at the challenges we've already met and the hurdles we've had to jump to come this far and be in the position we are in! We can do this! And we have a solid plan to implement and follow, with the leaders in our group to meet the challenges before us and lead the way!