# EXHIBIT C

BOS1255667.1

605 meadows  
Dallas Pa 18612  

Phone 570-696-1467  
Cell 570-760-2101  

# Michael J. Metz FMP.

**Experience**    Jan 2001 to Present    Hospitality Pubs Management Inc.   Luzerne, Pa.

**President & CEO**
- Ground Round Exclusive Multi-Unit Developer, Pennsylvania
- Currently operating 3 stores
- Franchise Development, Consulting and Management Company

1992– Dec 2000    Northeast Concepts Inc.    Dallas, Pa.

**Vice President & COO**
- In charge of development for Pizzeria Uno
- Directed and Operated Development of T.G.I. FRIDAY'S Territory in 2 state regions with 14 Stores developed in 7 year period. 14 stores total $45,000,000.
- T.G.I. FRIDAY'S Developer of the year 1995
- Average Unit Review Scores for 1996 to 1998:  94% vs Corporate Avg of 81.5%
- 2 units are in hotels that operate full catering operations and all hotel related services
- Developed over 55% of existing Management from within
- During the 1996 to 1998 years, according to Independent Gallop surveys of Guests, the Group obtained the highest proportion of callers describing the following aspects of their experience as excellent: overall dining satisfaction, overall food quality, variety of menu, cleanliness of restaurant, and Friday's being a fun place to visit.
- Member of T.G.I. Friday's Quality Task Force 5 years
- Member of Friday's Technology Task Force
- Member of Frequent Friday's steering committee
- Obtained highest Logo Merchandise sales of any group or region 5 consecutive years
- Achieved largest per store data base in Frequent Friday's gold point program

1979– Dec 2000    Northeast Concepts Inc.    Dallas, Pa.

**Senior Vice-President**

- Director of Operations Custom Food Management, a diversified contract management company providing food service to Hospitals, Colleges, School Districts, Nursing Homes, and private companies. Sales reached $185,000,000 before sale to Morrisson's Inc. in 1988.

- Directed expansion of Full service Restaurant & Design Equipment Company with sales in excess of $10,000,000.

- Directed start up and expansion of Metz & Associates LTD., a Contract Management Company that provides Food service to Hospitals, School Districts, Colleges and other institutions, with present sales of more than $60,000,000 in an 8 state geographic region.

- Directed all Pizzeria Uno, T.G.I. FRIDAY'S expansion from site selection, construction bidding, construction management, equipment purchasing, management selection and training, and openings.

1975–1980            Pine Allegheny Inc            Pittsburgh Pa.

**President & CEO**
- Founder and developer of J'Clark's restaurants
- 4 units averaged $9.2 million per year
- Developed all training material, menu's, control forms and marketing plans

**Education**   Slippery Rock University
- Associates Degree in Business

**Interests**   Wrestling, running, gardening, carpentry, computers, Culinary Skills.

| Personal Financial Statement | |
|---|---|

**Mike Metz**
**605 Meadows**
**Dallas, PA 18612**

as of January 1, 2004

### Assets

| | |
|---|---:|
| Cash | $ 6,000 |
| House and Property | $ 85,000 |
| Personal Property | $ 45,000 |
| Autos | $ 16,000 |
| **sub total cash and personal property** | **$ 152,000** |
| Self Directed Portfolio | $ 12,000 |
| IRA Accounts | $ - |
| Surrender Value of Life Insurance | $ 80,000 |
| **subtotal equities** | **$ 92,000** |
| Northeast Restaurant Group | $ 200,000 |
| Rocking K, LLC | $ 50,000 |
| Hospitality Pubs Management, Inc. (45% interest) | $ 42,300 |
| Beth Pubs, Inc. (38.25% interest) | $ 95,625 |
| Mall Pubs, LLC (38.25% interest) | $ 153,000 |
| HREI, LLC | $ 300,000 |
| **subtotal closely held businesses** | **$ 840,925** |
| **Total Assets** | **$ 1,084,925** |

### Liabilities

| | |
|---|---:|
| Mortgage Payable | $ 49,000 |
| Credit Card Debt | $ 18,000 |
| Other Current Liabilities | $ 3,000 |
| Loan Payable (John Bevevino) | $ 22,500 |
| **Total Debt** | **$ 92,500** |

### Net Worth

| | |
|---|---:|
| | **$ 992,425** |

Signed _____    Dated _____

# John Bevevino

**SUMMARY**
Aggressive, entrepreneurial individual with good sales and management skills. Excellent work experience in a variety of disciplines from family owned business to corporate structure.

**WORK HISTORY**

| | |
|---|---|
| 2001-current | Vice-President, CFO, Hospitality Pubs Management, Inc. Luzerne, PA<br>Partner in Restaurant Management and Operation Company handling financial and corporate responsibilities. |
| 2001-current | Partner, FutureTec Computer Training Centers, Inc., Wilkes-Barre, PA<br>Board Member and Corporate Secretary for computer training company. |
| 1998-current | Owner/Operator, Parkhurst-Bevevino, Inc., Shavertown, PA<br>Operator of small business brokerage. Helped small business owners and entrepreneurs buy and sell businesses in the Northeast Pennsylvania market. |
| 1996-1998 | Corporate Director of Merchandising, US Foodservice, Wilkes-Barre, PA<br>Developed and integrated purchasing programs system wide. Coordinated between purchasing and sales for optimum margin and sales flexibility. |
| 1994-1996 | Vice President of Sales, US Foodservice, Kings Division, Knoxville, TN<br>Managed division sales force of 80. Grew sales by approximately 8%/year in mature division. |
| 1992-1994 | Director of Sales, US Foodservice, Bevaco Division, Pittston, PA<br>Managed street sales force of 40. Increased sales by 9%/year and margins by .5% in mature division |

**EDUCATION**

| | |
|---|---|
| 1995-1996 | Leadership Blount, Maryville, TN |
| 1978-1982 | Bachelor of Arts, Bard College, Annandale-on-Hudson, NY |
| 1974-1978 | College Preparatory, Wyoming Seminary, Kingston, PA |

**COMMUNITY SERVICE**
Board Member, Luzerne Foundation, Wilkes-Barre, PA
    Co-chair business group, Millennium Circle Steering Committee, Luzerne Foundation, Wilkes-Barre, PA
Presidents Council Member, Wyoming Seminary, Kingston, PA
Past Board Member Pittston YMCA, Pittston, PA
Past Board Member Pittston Chamber of Commerce, Pittston, PA

| Personal Financial Statement | |
|---|---|

John R. and Renee L. Bevevino
18 Doe Drive
Dallas, PA 18612

as of January 1st, 2004

### Assets

| | |
|---|---:|
| Cash | $ 4,000 |
| House and Property | $ 425,000 |
| Personal Property | $ 212,500 |
| Autos | $ 35,000 |
| **sub total cash and personal property** | **$ 676,500** |
| | |
| Berkshire Asset Management | $ 1,950,000 |
| Etrade (IRA) | $ 165,000 |
| First Montauk | $ - |
| Hilliard and Lyons (IRA) | $ 500 |
| **subtotal equities** | **$ 2,115,500** |
| | |
| Roco, Inc. (26.16% interest) | $ - |
| Hospitality Pubs Management, Inc. (45% interest) | $ 42,300 |
| Beth Pubs, Inc. (38.25% interest) | $ 95,625 |
| Mall Pubs, LLC (38.25% interest) | $ 153,000 |
| FutureTec Computer Training Centers, Inc. (35% interest) | $ 5,000 |
| HREI, LLC (34.75% interest) | $ 300,000 |
| **subtotal closely held businesses** | **$ 595,925** |
| | |
| Hospitality Pubs Management, Inc. | $ 455,000 |
| Mall Pubs, LLC | $ 272,000 |
| Mike Metz | $ 22,500 |
| **subtotal personal loans** | **$ 749,500** |
| | |
| **Total Assets** | **$ 4,137,425** |

### Liabilities

| | |
|---|---:|
| Mortgage Payable | $ 229,000 |
| Credit Card Debt | $ 2,000 |
| Other Current Liabilities | $ 10,000 |
| Line of Credit (First Union) | $ 472,736 |
| Line of Credit (First Heritage) | $ 470,000 |
| **Total Debt** | **$ 1,183,736** |
| | |
| **Net Worth** | **$ 2,953,689** |

Signed _____    Dated _____