UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK TOWNE MALL ASSOCIATES, | |
| Appellant, | Civ. No. 04-11723-DPW |
| vs. | |
| THE GROUND ROUND, INC., | |
| Appellee-Debtor. | |
| In re: | |
| THE GROUND ROUND, INC., et al., | Chapter 11<br>Case No. 04-11235 (WCH)<br>(Jointly Administered) |
| Debtors. | |

MOTION PURSUANT TO LOCAL RULE 83.5.3(b)
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS FOR ADMISSION OF
LISA M. SOLOMON *PRO HAC VICE*

Martin P. Desmery, a member of the bar of the United States District Court for the District of Massachusetts, who has filed an appearance in this matter, moves for entry of an order authorizing Lisa M. Solomon to practice *pro hac vice* before the United States District Court for the District of Massachusetts to represent Frederick Towne Mall Associates, a Maryland general partnership, in the above-captioned proceedings, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts. In support thereof, the certificate of Lisa M. Solomon, required by Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts is attached hereto as Exhibit A.

Dated: August _, 2004

Martin P. Desmery (BBO# 550133)
Craig and Macauley
  Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

<u>Exhibit A</u>

I, Lisa M. Solomon, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York and the United States Courts of Appeals for the Second Circuit, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August __, 2004

_____
Lisa M. Solomon

## CERTIFICATE OF SERVICE

I, Martin P. Desmery, hereby certify that a copy of the foregoing Motion Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts for Admission of Lisa M. Solomon *Pro Hac Vice* has been served **BY HAND** upon the following at the indicated addresses:

Jesse Redlener
Counsel to Debtors
Hanify & King
One Beacon Street
Boston, MA 02108

Richard C. Pedone
Counsel to Independent Owner's Cooperative LLC
Counsel to Frederick Pubs LLC
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110.

Dated: August _, 2004

_____
Martin P. Desmery