UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK TOWNE MALL ASSOC.

v.

GROUND ROUND, INC.

CIVIL ACTION
NO. 04-11723-DPW

**PROCEDURAL ORDER**

WOODLOCK, D.J.

The Notice of Appeal having been filed and assigned Civil Action No. 04-11723-DPW at the Clerk's Office, Boston, MA, and the Motion for Stay having been denied after a hearing on August 6, 2004, this action is placed on an expedited briefing schedule as follows:

IT IS HEREBY ORDERED that the Appellant(s) file and serve a brief by **SEPTEMBER 6, 2004** and the Appellee file and serve a brief by **SEPTEMBER 20, 2004.** The Appellant may file and serve a reply brief by **SEPTEMBER 27, 2004.** The record shall be filed by no later than **SEPTEMBER 20, 2004.**

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an ORDER dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for the Appellee to present his arguments.

BY THE COURT,

```
                                        /s/Rebecca Greenberg
                                        Deputy Clerk


DATE: August 9, 2004
```