## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREDERICK TOWNE MALL ASSOCIATES, | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 04-cv-11723-DPW |
| THE GROUND ROUND, INC., | ) ) ) | |
| Defendant | ) ) | |

### STIPULATION OF DISMISSAL

Frederick Towne Mall Associates ("Plaintiff"), along with The Ground Round, Inc., Independent Owner's Cooperative LLC and Frederick Pubs LLC, hereby stipulate as follows:

1. On August 5, 2004, Plaintiff filed an Emergency Motion for Stay Pending Appeal in connection with an appeal from an order issued by the United States Bankruptcy Court, District of Massachusetts (the "Appeal").  The Court denied that motion on August 6, 2004.

2. The Appeal was dismissed by a Stipulation of Dismissal of Appeal filed with the United States Bankruptcy Court, District of Massachusetts on August 16, 2004 and approved by that court on August 25, 2004.

3. The Plaintiff, The Ground Round, Inc., Independent Owner's Cooperative LLC and Frederick Pubs LLC hereby agree that this case be dismissed without prejudice, each party to bear its own costs and legal fees.

Respectfully submitted,
FREDERICK TOWNE MALL
ASSOCIATES,
By its counsel,

Dated: October 7, 2004

/s/ Martin P. Desmery
Martin P. Desmery (BBO# 550133)
Craig and Macauley Professional
 Corporation

600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

-and-

Lisa M. Solomon
Law Offices of Lisa M. Solomon
909 Third Avenue, 19th Floor
New York, NY 10022
(212) 471-0067

THE GROUND ROUND INC.,
By its counsel,

Dated: October 7, 2004        /s/ Andrew G. Lizotte_____
                              Andrew G. Lizotte
                              Hanify & King
                              One Beacon Street
                              Boston, MA 02108
                              (617) 423-0400

                              INDEPENDENT OWNER'S
                                COOPERATIVE LLC
                              By its counsel,

Dated: October 7, 2004        /s/ Lee Harrington_____
                              Lee Harrington
                              Richard C. Pedone
                              Nixon Peabody LLP
                              100 Summer Street
                              Boston, MA 02110
                              (617) 345-1305

                              FREDERICK PUBS LLC
                              By its counsel,

Dated: October 7, 2004        /s/ Lee Harrington_____
                              Lee Harrington
                              Richard C. Pedone
                              Nixon Peabody LLP
                              100 Summer Street
                              Boston, MA 02110
                              (617) 345-1305

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that a copy of the foregoing Stipulation of Dismissal has been served, via regular United States mail, postage prepaid, upon the following:

Lisa M. Solomon
Law Offices of Lisa M. Solomon
909 Third Avenue, 19th Floor
New York, NY 10022

Andrew G. Lizotte
Hanify & King
One Beacon Street
Boston, MA 02108

Richard C. Pedone
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Dated: October 7, 2004                    /s/ Kathleen A. Rahbany
                                          Kathleen A. Rahbany